**FILED**

AUG 3 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **18CR 471** |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 1343 and 1028A |
| CHINITA WILLIAMS-LIGGINS | ) | |
| and TILLMAN LIGGINS, III | ) | Information |

JUDGE GETTLEMAN

MAGISTRATE JUDGE GILBERT

## COUNT ONE

The UNITED STATES ATTORNEY charges:

1. At times material to this information,

    a. The Internal Revenue Service (IRS) was an agency within the United States Department of Treasury responsible for administering and enforcing the tax laws of the United States, and collecting taxes owed to the Treasury of the United States by individuals and other entities. The IRS provided that individuals entitled to a refund of federal income taxes could claim that refund by submitting a Form 1040 United States Income Tax Return.

    b. The IRS provided that taxpayers who were entitled to a refund of federal individual income taxes could claim that refund either by signing and filing in person a U.S. Individual Form 1040, by mailing a Form 1040, or by participating in the Electronic Filing program.

1

c.  Form 1040 required the taxpayer provide the taxpayer's name and address, social security number or Individual Taxpayer Identification Number, filing status, number of dependents, total income for the tax year, the amount of federal income tax withheld during the tax year, and the amount of tax due or refund claimed. The taxpayer was also required to provide Form W-2's for any wages or salary claimed.

d.  Information contained in the Form 1040 and any attached forms and schedules was material to the IRS in determining the tax due and owing and issuing a taxpayer a refund under the internal revenue law.

2.  From in or about February 2012 through in or about March 2015, within the Northern District of Illinois and elsewhere,

CHINITA WILLIAMS-LIGGINS and
TILLMAN LIGGINS, III,

defendants herein, knowingly and intentionally devised and intended to devise a scheme to defraud, to obtain money by means of materially false and fraudulent pretenses, representations, and promises, which scheme is further described below.

3.  It was a part of the scheme that defendants WILLIAMS-LIGGINS and LIGGINS, III and others obtained personal identification information of actual individuals, including their names, dates of birth, and Social Security numbers, and used that information without their knowledge or consent for the purpose of submitting false and fictitious federal income tax returns.

4. It was further part of the scheme that defendants WILLIAMS-LIGGINS and LIGGINS, III and others used this misappropriated identifying information to prepare or cause to be prepared fraudulent tax returns claiming false refunds based upon, among other things, false income and tax withholding information.

5. It was part of the scheme that defendants WILLIAMS-LIGGINS and LIGGINS, III and others used this misappropriated personal identification information to file and caused to be filed approximately 219 false and fraudulent Form 1040 federal income tax returns and claim refunds totaling approximately $1,323,793.

6. It was further part of the scheme that defendants WILLIAMS-LIGGINS and LIGGINS, III and others caused the false and fraudulent Forms 1040 to be electronically filed from locations in the Northern District of Illinois with the IRS in Kansas City, Missouri.

7. It was further part of the scheme that defendants WILLIAMS-LIGGINS and LIGGINS, III and others caused the U.S. Treasury to issue refunds based on the information provided in these returns.

8. It was further part of the scheme that defendants WILLIAMS-LIGGINS and LIGGINS, III and others directed these fraudulent refunds to be deposited into bank accounts the defendants controlled.

9. It was further part of the scheme that defendants WILLIAMS-LIGGINS and LIGGINS, III and others did misrepresent, conceal and hide, and caused to be

misrepresented, concealed and hidden, acts done in furtherance of the scheme and the purpose of these acts.

10. On or about February 12, 2014, in the Northern District of Illinois, Eastern Division, and elsewhere

CHINITA WILLIAMS-LIGGINS,

defendant herein, for the purpose of executing the scheme described above, did knowingly cause to be transmitted by means of wire communication in interstate commerce certain signs and signals, namely, a an ACH transaction through the Federal Reserve system in the amount of approximately $957, which funds represented a tax refund issued by the IRS in the name of taxpayer J.S. for the tax year 2013;

In violation of Title 18, United States Code, Section 1343.

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

1. Paragraphs 1 through 9 of Count One are realleged and incorporated here.

2. On or about January 29, 2014, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHINITA WILLIAMS-LIGGINS,

defendant herein, did knowingly use the personal identification information of taxpayer J.S. without lawful authority during and in relation to the offense in Count One of this indictment, that is, did make and present to the IRS, an agency of the United States, a claim upon the United States, namely a claim for an income tax refund of $6,329, then knowing that such claim was false, fictitious and fraudulent;

In violation of Title 18, United States Code, Section 1028A.

## COUNT THREE

The UNITED STATES ATTORNEY further charges:

1. Paragraphs 1 through 9 of Count One are realleged and incorporated here.

2. On or about February 4, 2015, in the Northern District of Illinois, Eastern Division, and elsewhere

### TILLMAN LIGGINS,

defendant herein, for the purpose of executing the scheme described above, did knowingly cause to be transmitted by means of wire communication in interstate commerce certain signs and signals, namely, an ACH transaction through the Federal Reserve system in the amount of approximately $920, which funds represented a tax refund issued by the IRS in the name of taxpayer M.B. for the tax year 2014;

In violation of Title 18, United States Code, Section 1343.

## COUNT FOUR

The UNITED STATES ATTORNEY further charges:

1. Paragraphs 1 through 9 of Count One are realleged and incorporated here.

2. On or about January 21, 2015, in the Northern District of Illinois, Eastern Division, and elsewhere,

TILLMAN LIGGINS,

defendant herein, did knowingly use the personal identification information of taxpayer M.B. without lawful authority during and in relation to the offense in Count One of this indictment, that is, did make and present to the IRS, an agency of the United States, a claim upon the United States, namely a claim for an income tax refund of $6,380, then knowing that such claim was false, fictitious and fraudulent;

In violation of Title 18, United States Code, Section 1028A.


_____
UNITED STATES ATTORNEY